IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**VS.**                                      **CIVIL ACTION NO. 3:05CV153BA**

**STATE FARM MUTUAL FUND COMPANY
ACCOUNTS, any and all funds on deposit and
all proceeds of all funds on deposit in four State
Frm Mutual Company Accounts; PAMELA R.
HULL; UNION PLANTERS BANK ACCOUNTS,**
any and all funds on deposit and all proceeds of
all funds on deposit in five Union Planters Bank
Accounts; **CONCENTRIC COMPANIES, INC.;
NEW SOUGH CONSTRUCTION, INC.; EDWARD
JONES; HANCOCK BANK ACCOUNTS,** any
and all funds on deposit and all proceeds of all
funds on deposit in three Hancock Bk Acc., to wit,
(1) Hancock Bank Acc. No. 01436420, a savings
acc. In the name of Pamela and Davis Hull (2)
Hancock Bk. Acc. No. 01-352-5317                       **DEFENDANTS**

## ORDER

This matter came before the court on Claimant, Pamela Hull's Unopposed Motion to Stay Proceedings, by which she seeks a six-month stay of this case pending a "criminal investigation." A similar stay was granted in August, 2005, staying this matter until February, 2006; however, a virtually identical Motion, filed in March, 2006, was denied by Judge Barbour. That being the case, the undersigned is of the opinion that this Motion should also be denied.

IT IS, THEREFORE, ORDERED that Claimant, Pamela Hull's Unopposed Motion to Stay Proceedings is hereby **denied**.

IT IS SO ORDERED, this the 26th day of December, 2006.

                                                        S/Linda R. Anderson
                                           UNITED STATES MAGISTRATE JUDGE